```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 28167
   CURTIS GLENN
                                                 CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-9719


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 10/20/2008 and was not confirmed.

      The case was dismissed without confirmation 01/26/2009.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
CHICAGO FIRE OFFICERS CU  SECURED VEHIC   9477.35          .00           .00
CHICAGO FIRE OFFICERS CU  UNSEC W/INTER  NOT FILED         .00           .00
CITY OF CHICAGO WATER DE  SECURED          600.00          .00           .00
CITY OF CHICAGO WATER DE  UNSEC W/INTER  NOT FILED         .00           .00
LASALLE BANK NATIONAL AS  CURRENT MORTG      .00           .00           .00
EMC MORTGAGE CORPORATION  MORTGAGE NOTI  NOT FILED         .00           .00
EMC MORTGAGE              MORTGAGE NOTI  NOT FILED         .00           .00
EMC MORTGAGE              MORTGAGE ARRE  15500.00          .00           .00
BANK OF AMERICA NATIONAL  CURRENT MORTG      .00           .00           .00
BANK OF AMERICA NATIONAL  UNSEC W/INTER  NOT FILED         .00           .00
EMC MORTGAGE              MORTGAGE NOTI  NOT FILED         .00           .00
HOME EQ SERVICING CORP    CURRENT MORTG      .00           .00           .00
HOMEQ SERVICING           MORTGAGE NOTI  NOT FILED         .00           .00
HOMEQ SERVICING CORP      MORTGAGE NOTI  NOT FILED         .00           .00
TOYOTA MOTOR CREDIT       UNSECURED       29214.28         .00           .00
SELECT PORTFOLIO SERVICI  CURRENT MORTG      .00           .00           .00
SELECT PORTFOLIO SERVICI  MORTGAGE NOTI  NOT FILED         .00           .00
SELECT PORTFOLIO SERVICI  MORTGAGE NOTI  NOT FILED         .00           .00
TOYOTA MOTOR CREDIT       SECURED VEHIC      .00           .00           .00
WELLS FARGO HOME MORTGAG  CURRENT MORTG      .00           .00           .00
WELLS FARGO HOME MORTGAG  MORTGAGE NOTI  NOT FILED         .00           .00
WELLS FARGO HOME MORTGAG  MORTGAGE NOTI  NOT FILED         .00           .00
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED         .00           .00
AMERICAN EXPRESS          UNSEC W/INTER   1279.44          .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER   1050.09          .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER   6741.64          .00           .00
EVERGREEN MED SPECIALIST  UNSEC W/INTER  NOT FILED         .00           .00
EVERGREEN MEDICAL SPECIA  NOTICE ONLY    NOT FILED         .00           .00
HCCREDIT CIT              UNSEC W/INTER  NOT FILED         .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER   14488.06         .00           .00
CITIBANK USA/HOME DEPOT   UNSEC W/INTER  NOT FILED         .00           .00
FIRST FINANCIAL PORTFOLI  UNSEC W/INTER   2415.45          .00           .00
HSBC                      UNSEC W/INTER  NOT FILED         .00           .00
MB FINANCIAL              UNSEC W/INTER  NOT FILED         .00           .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER    226.36          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 28167 CURTIS GLENN
```

```
PEOPLES NATURAL GAS        NOTICE ONLY    NOT FILED                 .00              .00
UNIVERSITY OF CHICAGO HO   UNSEC W/INTER  NOT FILED                 .00              .00
BANK OF AMERICA            MORTGAGE NOTI  NOT FILED                 .00              .00
EMC MORTGAGE CORPORATION   MORTGAGE NOTI  NOT FILED                 .00              .00
BANK OF AMERICA NATIONAL   SECURED NOT I        .00                 .00              .00
PETER FRANCIS GERACI       DEBTOR ATTY          .00                                  .00
TOM VAUGHN                 TRUSTEE                                                   .00
DEBTOR REFUND              REFUND                                              3,000.00

        Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                  3,000.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                  3,000.00
                        ---------------     ---------------
TOTALS                   3,000.00              3,000.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/10/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE